GREENBERG TRAURIG, LLP
SUSAN L. HELLER (SBN 160539)
E-Mail: *HellerS@gtlaw.com*
WENDY M. MANTELL (SBN 225544)
E-Mail: *MantellW@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
E-Mail: *BoyajianN@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

GORDON SILVER
JENNIFER KO CRAFT (*Pro Hac Vice*)
E-Mail: *JCraft@gordonsilver.com*
ANDREW D. SEDLOCK (*Pro Hac Vice*)
E-Mail: *ASedlock@gordonsilver.com*
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169-5978
Tel: 702-796-5555; Fax: 702-369-2666

Attorneys for Plaintiff/Counterdefendants
BOLDFACE Licensing + Branding; Boldface Group, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BOLDFACE Licensing + Branding, a Nevada corporation,<br><br>　　　　　　Plaintiff,<br>v.<br>By Lee Tillett, Inc., a Florida corporation,<br>　　　　　　Defendant.<br><br>By Lee Tillett, Inc., a Florida corporation,<br>Counterclaimant,<br>　　　　　　Counterclaimant,<br>v.<br>BOLDFACE Licensing + Branding, a Nevada corporation, Boldface Group, Inc., a Nevada corporation, Kimsaprincess, Inc., a California corporation, 2Die4Kourt, a California corporation, Khlomoney Inc., a California corporation, Kim Kardashian, a natural person, Kourtney Kardashian, a natural person, Khloe Kardashian, a natural person and DOES 1-10, inclusive,<br>　　　　　　Counterdefendants. | CASE NO. CV-12-10269 ABC (PJWx)<br><br>**STIPULATION TO EXTEND BOLDFACE COUNTERDEFENDANTS' TIME TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION FROM FEBRUARY 18, 2013 TO FEBRUARY 19, 2013 AT 5:00 P.M.**<br><br>Motion Filed: February 11, 2013<br>Hearing Date: March 11, 2013<br>Time:　　　　10:00 a.m.<br><br>Hon. Audrey B. Collins |

LA 130740152 v 3

1     **WHEREAS,** Defendant/Counterclaimant By Lee Tillett, Inc. ("Tillett") filed its Motion for Preliminary Injunction ("Motion") on Monday, February 11, 2013 and noticed it for hearing on March 11, 2013;

    **WHEREAS,** Counterdefendants BOLDFACE Licensing + Branding, Boldface Group, Inc.'s (collectively, "Boldface") opposition to the Motion would ordinarily be due on Monday, February 18, 2013, which is a national holiday;

    **WHEREAS,** counsel for Boldface and counsel for Tillett agreed that in light of the President's Day holiday on February 18, Boldface shall have until Tuesday, February 19, 2013, at 5:00 p.m. to file its opposition papers to the Motion;

    **WHEREAS**, Tillett's deadline to file its reply papers shall remain February 25, 2013;

    **IT IS HEREBY STIPULATED** by and between Tillett and Boldface, that good cause appearing, Boldface shall have until February 19, 2013 at 5:00 p.m. to file its opposition papers to the Motion for Preliminary Injunction.

DATED: February 12, 2013      GREENBERG TRAURIG, LLP

By:   */s/ Wendy M. Mantell*
       Susan L. Heller
       Wendy M. Mantell
       Nina D. Boyajian
Attorneys for Plaintiff/Counterdefendants
BOLDFACE Licensing + Branding and Boldface Group, Inc.

DATED: February 12, 2013      FAYER GIPSON LLP

By:   */s/ Elliot B. Gipson*
       Elliot B. Gipson
       Gregory A. Fayer
Attorneys for Defendant and Counterclaimant
By Lee Tillett, Inc.